THOMAS G. GRACE, ESQ.
Nevada State Bar No.: 10057
**BLACK & LOBELLO**
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: (702)869-8801
Facsimile:  (702)869-2669
*Attorneys for Defendants,*
*PLATINUN MASTERS MONSTER CIRCUS, LLC,*
*ANTHONY CARDENAS, KEVIN WAYNE WALDROP,*
*PETE MERLUZZI AND PAUL ZAMEK*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM MOLYNEUX PRODUCTIONS, a Nevada Corporation; TIMOTHY MOLYNEUX, individually, <br><br>     Plaintiff, <br><br> vs. <br><br> PLATINUM MASTERS MONSTER CIRCUS, LLC, a Tennessee Corporation; ANTHONY CARDENAS aka TONY MONTANA individually; PETE MERLUZZI, individually; PAUL ZAMEK, individually; and KEVIN WAYNE WALDROP, individually, and COLONY RESORTS LVH ACQUISITIONS, LLC dba LAS VEGAS HILTON, DOES 1-5, inclusive, and ROE CORPORATIONS 1-5, inclusive. <br><br>     Defendant. | CASE NO: 2:09-cv-00645-GMN-LRL |

## **STIPULATION OF DISMISSAL**

COME NOW, Defendants, ANTHONY CARDENAS, PETE MERLUZZI, PAUL ZAMEK and KEVIN WAYNE WALDROP (DEFENDANT PLATINUM MASTERS MONSTER CIRCUS, LLC having filed bankruptcy), by and through their attorneys of record, THOMAS G. GRACE, ESQ. and the law firm of BLACK & LOBELLO, and Plaintiff, TIM MOLYNEUX and TIM MOLYNEAUX PRODUCTIONS, by and through their attorneys of

record, MITCHELL S. BISSON, ESQ. with the law offices of CALLISTER & ASSOCIATES, and pursuant to Fed.R.Civ.P. 41(a)(1) and L.R. 7-1, and the terms of a Settlement Agreement, the parties hereby stipulate and agree by and through their attorneys of record to dismissal of this case with prejudice as follows:

1. IT IS HEREBY STIPULATED that Plaintiff's Complaint in Case 2:09-cv-00645-GMN-LRL and all of the claims contained therein are dismissed with prejudice, each side to bear their own attorney's fees and costs.

Respectfully submitted this 29th day of July, 2011.

| BLACK & LOBELLO | **CALLISTER & ASSOCIATES, LLC** |
|---|---|
| /s/ | /s/ |
| THOMAS G. GRACE, ESQ. | MITCHELL S. BISSON, Esq. |
| Nevada Bar No. 10057 | Nevada Bar No. 11920 |
| 10777 West Twain Avenue, Third Floor | 823 South Las Vegas Blvd., Fifth Floor |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89101 |
| Telephone: (702) 869-6760 | Telephone: (702) 385-3343 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

[Remainder of page intentionally left blank.]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TIM MOLYNEUX PRODUCTIONS, a Nevada Corporation; TIMOTHY MOLYNEUX, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>PLATINUM MASTERS MONSTER CIRCUS, LLC, a Tennessee Corporation; ANTHONY CARDENAS aka TONY MONTANA individually; PETE MERLUZZI, individually; PAUL ZAMEK, individually; and KEVIN WAYNE WALDROP, individually, and COLONY RESORTS LVH ACQUISITIONS, LLC dba LAS VEGAS HILTON, DOES 1-5, inclusive, and ROE CORPORATIONS 1-5, inclusive.<br><br>    Defendant. | CASE NO: 2:09-cv-00645-GMN-LRL |

**<u>ORDER OF DISMISSAL</u>**

This matter coming before the Court pursuant to the Stipulation of Dismissal signed and submitted to the Court by all parties:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Complaint in Case 2:09-cv-00645-GMN-LRL and all of the claims contained therein are dismissed with prejudice, each side to bear their own attorney's fees and costs.

DATED this 10 day of ~~July~~ August, 2011.

                _____
                GLORIA M. NAVARRO
                UNITED STATES DISTRICT JUDGE